

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2016

No. 04-15-00791-CV

**TALISMAN ENERGY USA, INC**.,
Appellant

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings, LLC, and JAR Resources
Holdings, L.P.,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russel Wilson, Judge Presiding

# O R D E R

Appellant seeks to appeal a judgment signed on November 26, 2015. The reporter's record was originally due from the court reporter, Ms. Leticia Escamilla, on December 14, 2015. Ms. Escamilla has obtained a series of extensions to file the reporter's record and, to date, has only filed a portion of the reporter's record. After filing two notices of late record to extend the deadline for filing the reporter's record to February 8, 2016, Ms. Escamilla filed a third notice of late record, citing her husband's surgery and other serious health problems, and we extended the due date for filing the record to March 8, 2016; the order noted that "no further extensions will be considered." When the record was not timely filed, the clerk's office contacted Ms. Escamilla who thereafter filed a fourth notice of late record citing the same health issues. The deadline for filing the reporter's record was extended to April 8, 2016, and the order stated that "no further extensions will be permitted." When the record was not timely filed, the clerk's office again contacted Ms. Escamilla, who stated the entire record would be finished and filed by April 19, 2016; she filed another notice of late record which we noted to that date. However, on April 20, 2016, Ms. Escamilla filed yet another notice of late record stating the entire reporter's record would be filed by April 27, 2016. On May 5, 2016, Ms. Escamilla filed only a portion of the reporter's record — Volumes 2 and 3 of the five-volume record.

It is therefore ORDERED that Ms. Leticia Escamilla must file the remaining volumes of the reporter's record (Volumes 1, 4, and 5) in this court *no later than May 25, 2016*. If the complete reporter's record is not received by such date, this court may issue an order directing

<u>Ms. Escamilla to appear and show cause why she should not be held in contempt for failing to file the record.</u>

The clerk of this court is instructed to cause a copy of this order to be served on Ms. Escamilla by certified mail, return receipt requested, with delivery restricted to the addressee only.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court